MANATT, PHELPS & PHILLIPS, LLP
ROBERT R. BEGLAND, JR. (Bar No. CA 210930)
Email: rbegland@manatt.com
VIRAL MEHTA (Bar No. CA 261852)
Email: vmehta@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224

*Attorneys for Plaintiff*
PETRO-DIAMOND INCORPORATED

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION

| | |
|---|---|
| PETRO-DIAMOND INCORPORATED, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SCB & ASSOCIATES, LLC, a Delaware limited liability company, ABSOLUTE FUELS, LLC, a Texas limited liability company, and DOES 1 through 5,<br><br>Defendants. | Case No.  SACV12-01893 CJC (ANx)<br><br>District Judge<br>Hon. Cormac J. Carney<br><br>Magistrate Judge<br>Arthur Nakazato<br><br>**JOINT STIPULATION AND NOTICE OF WITHDRAWAL REGARDING MOTIONS *IN LIMINE***<br><br>Complaint Filed: October 31, 2012<br>FAC Filed: January 28, 2013<br>Trial Date: April 21, 2015 |

**JOINT STIPULATION AND NOTICE OF WITHDRAWAL**

1. On or about June 9, 2014, Plaintiff Petro-Diamond Incorporated ("PDI") filed its Motions *In Limine* Nos. 1-6 and Defendant SCB & Associates, LLC ("SCB") filed its Motions *In Limine* Nos. 1-2. On or about July 8, 2014, SCB filed its Motion *In Limine* No. 3.

2. Because the parties have agreed to proceed with a bench trial, PDI hereby agrees and stipulates to withdraw its Motion *In Limine* No. 3 (Re: Excluding Argument or Testimony Regarding PDI's Two Other Lawsuits).

3. Further, on or about July 3, 2014, the Court issued its Order Granting In Part and Denying In Part Defendant SCB & Associates, LLC's Motion for Partial Summary Judgment. The Court found that SCB was entitled to partial summary judgment in its favor as to the issue of whether PDI and SCB formed a partnership or joint venture giving rise to fiduciary duties. Otherwise, the Court denied SCB's Motion.

4. PDI agrees to withdraw its Motion *In Limine* No. 4 (Re: Excluding Any Opinion Testimony By Expert Witness John Gelbard That PDI and SCB Were Not In A Partnership). SCB agrees to withdraw those portions of its Motion *In Limine* No. 1 (To Exclude or Limit The Expert Report and Opinion Testimony of Andrew Lipow) that relate to the existence of a partnership or joint venture (*See e.g.*, Part I.C of its MIL).

///
///
///
///
///
///
///
///

5. Except as provided herein, the parties intend to otherwise move forward with their remaining motions *in limine*.

**IT IS SO STIPULATED.**

Dated: April 2, 2015  MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Robert Begland
Robert Begland
*Attorneys for Plaintiff*
PETRO-DIAMOND INCORPORATED

Dated: April 2, 2015  MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Bryan McGarry
Bryan McGarry
*Attorneys for Defendant*
SCB & ASSOCIATES, LLC

314321861.2