1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

11
12

| PETRO-DIAMOND INCORPORATED, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SCB & ASSOCIATES, LLC, a Delaware limited liability company; ABSOLUTE FUELS, LLC, a Texas limited liability company; and DOES 1 through 5,<br><br>Defendants. | CASE NO: **8:12-CV-01893-CJC-AN**<br><br>District Judge<br>Cormac J. Carney<br><br>Magistrate Judge<br>Arthur Nakazato<br><br>**JUDGMENT**<br><br>Action Filed:    October 31, 2012<br>FAC Filed:       January 28, 2013<br>Trial Date:      April 21, 2015 |
|---|---|

# JUDGMENT

Based on the August 21, 2015, MEMORANDUM OF DECISION [Docket No. 203], which is fully incorporated by reference herein as the basis of this Judgment, let it be Ordered, Adjudicated and Decreed as follows:

1. that judgment be entered in favor of Defendant SCB & Associates, LLC ("SCB");
2. that Plaintiff Petro-Diamond Incorporated ("PDI") take nothing from SCB;
3. that the action against SCB be dismissed *with prejudice* on the merits; and
4. that SCB recover its costs from PDI.

**IT IS SO ORDERED AND ADJUDCTED.**

Dated:  September 23, 2015          By: _____
                                    HONORABLE CORMAC J. CARNEY
                                    Judge of the United States District Court